UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE GOLDEN,<br><br>           Plaintiff,<br><br>      v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>           Defendants. | No.  2:14-cv-1923 KJN P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff provided a copy of his trust account statement, but it is not certified by prison officials.  Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement

////

////

////

1

for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: September 23, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gold1923.3c.new