UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE GOLDEN, | No.  2:14-cv-1923 KJN P |
| Plaintiff, | |
| v. | ORDER |
| R. LANKFORD, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). Plaintiff filed a document entitled "Motion to release [Doctors] at CMF HDSP Puree Diet Orders." (ECF No. 28 at 1.) It appears that plaintiff seeks a court order requiring prison officials to release to plaintiff the names of doctors at California Medical Facility ("CMF") and High Desert State Prison ("HDSP") who wrote orders for plaintiff to receive a pureed diet.

First, plaintiff's request is premature. Defendants have not yet been served in this action. Once defendants have appeared in this action, plaintiff may seek this information through discovery. See, e.g., Fed. R. Civ. P. 33, 34. Plaintiff may obtain this information by seeking an Olsen Review, which is an administrative process that provides prisoners with access to nonconfidential information in their central files and medical records.

Second, once defendants have appeared in this action, plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on

1

an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 28) is placed in the court file and disregarded.

Dated: April 8, 2015

/gold1923.411

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE