UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE GOLDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>    Defendants. | No. 2:14-cv-1923 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding in forma pauperis. On October 5, 2017, plaintiff asked the court to waive the court fees imposed in this case, apparently referring to the court's filing fee. On July 23, 2015, the court granted defendants' motion to dismiss, and judgment was entered. With regard to the court's filing fee, plaintiff is advised that the court is unable to grant refunds. Filing fees are due when any complaint is filed, and are due whether or not the case is ultimately dismissed. 28 U.S.C. §§ 1914(a), 1915(b)(1).

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for refund (ECF No. 43) is denied.

Dated: November 14, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gold1923..ref

1